**IN THE UNITED STATES BANKRUPTCY COURT   FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Alexus E. Garnett                              Chapter 7

    Debtor(s)                                      Bankruptcy No.  25-11434-pmm

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

The above referenced Debtor(s) has/have failed to appear at two (2) scheduled §341 Meeting of Creditors on 5/14/25 and 6/6/25.

DATED this 10th day of June, 2025.

                ANDREW R. VARA
                United States Trustee for Regions 3 and 9

                By: */s/ Maria Borgesi*
                    Maria Borgesi
                    Paralegal