# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Alexus E. Garnett : Chapter 7
: 
: Case No. 25-11434 (PMM)
: 
Debtor. :

## ORDER TO SHOW CAUSE

**AND NOW,** this bankruptcy case having been filed on April 14, 2025;

AND the Debtor having failed to appear at two (2) scheduled §341 meetings, <u>see</u> doc. no. 12;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Wednesday, July 2, 2025 at 9:30 a.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why this case should not be dismissed for failure to appear at any of the §341 meetings.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

Date:  6/12/25

_PATRICIA M. MAYER_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE