**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Alexus E. Garnett,<br><br>                          *Debtor*. | Case No. 25-11434-pmm<br>Chapter 7 |

### Order Extending Time to Complete Financial Management Course

**AND NOW**, after consideration of the Motion to Extend Time to Complete Financial Management Course filed by Debtor Alexus E. Garnett, with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must complete an instructional course concerning personal financial management on or before July 28, 2025.

3. Failure to file a certificate of debtor education with the court on or before July 28, 2025 may result in this case being closed without a discharge.

Date: **July 14, 2025**

*Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge